UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| IDRIS NAWABI, | ) | No. CV 08-04385-PSG (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, (2) GRANTING DEFENDANTS' |
| D. L. WYATT, et al., | ) | MOTION TO DISMISS, AND DISMISSING |
| | ) | PLAINTIFF'S COMPLAINT |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that an Order be entered (1) approving and adopting the Report and Recommendation; (2) granting Defendants' Motion to Dismiss; (3) dismissing Plaintiff's Complaint and entire action with prejudice.

DATED: October 26, 2009

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE